# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

TERRY JOHNSON,

Petitioner

: No. 391 EAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

TERRY JOHNSON,

Petitioner

: No. 392 EAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

TERRY JOHNSON,

Petitioner

: No. 393 EAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

: No. 394 EAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:

|  |  |  |
|---|---|---|
| TERRY JOHNSON, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 395 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| TERRY JOHNSON, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 396 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| TERRY JOHNSON, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 397 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| TERRY JOHNSON, | : | |
| | : | |
| Petitioner | : | |

## **ORDER**

[391 EAL 2020, 392 EAL 2020, 393 EAL 2020, 394 EAL 2020, 395 EAL 2020, 396 EAL 2020 and 397 EAL 2020] - 2

**PER CURIAM**

      **AND NOW**, this 13th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.